## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | |
|---|---|
| In Re: | Case No. 19-40011 |
| Jacquelyn R. Kissel | Chapter 13 |
| Debtor. | Judge Alan C. Stout |

**SECOND AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY LOCATED AT 60W WILDFLOWER LN, WHITE PLAINS, KY 42464 (Doc. No. 31)**

This matter having come before the Court upon the Motion for Relief from Stay (Doc. No. 31), filed herein by the secured creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT ("Movant") in regard to personal property known as a 60W WILDFLOWER LN, WHITE PLAINS, KY 42464, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. An Agreed Order was entered on June 18, 2019, resolving the Motion for Relief (Doc. 35). As of July 7, 2021, Debtor has defaulted per the terms of the Agreed Order.

3. In breach of the terms of said entered Agreed Order, the Debtor failed to make certain of the regular monthly payments to Movant. Delinquent payments, as of July 7, 2021, are three (3) payments in the amount of $551.50 for December 1, 2020, through February 1, 2021, five (5) payments in the amount of $565.22 each, for March 1, 2021, through July 1, 2021, plus $200.00 in fees and cost. There is a suspense balance of $110.21. The total post-petition arrearage amount as of July 7, 2021 is $4,570.39.

4. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $507.83 on or before September 15, 2021
    b. $507.82 on or before October 15, 2021
    c. $507.82 on or before November 15, 2021
    d. $507.82 on or before December 15, 2021

   e. $507.82 on or before January 15, 2021
   f. $507.82 on or before February 15, 2022
   g. $507.82 on or before March 15, 2022
   h. $507.82 on or before April15, 2022
   i. $507.82 on or before May 15, 2022

5. These lump sum payments are in addition to the regular monthly payments in the amount of $565.22, which begin again August 1, 2021, and are due on the 1st of each month thereafter. The monthly payments are subject to change, however, Movant will file a Notice of Payment Change with the Court 21 days prior to the effective change date.

6. In the event that said Debtors should fail to make any of the stipulated payments described in paragraph 3 of this Agreed Order on or before their specified due dates, or should they fail to pay any future monthly payment so that said payment is not received by Movant by the contractual due date, then, or in either of those events on the first occurrence, Movant shall give ten (10) days' notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court a "Certificate of Non-Compliance" certifying that the Debtor is in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay. On the second occurrence, Movant may file with the Court a "Certificate of Non-Compliance" certifying that the Debtor is in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

<u>/s/ Mark R. Little</u>
Mark R. Little
44 Union Street
Madisonville, KY 42431
Phone: 270.821.0110
Fax: 270.821.9901
mark@littlelawky.com
Debtor's Attorney
**(Per Authorization Received on 7/29/21)**

<u>Copies to:</u>

Mark R. Little
44 Union Street
Madisonville, KY 42431
mark@littlelawky.com
Debtor's Attorney

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

John L. Daugherty
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Jacquelyn R. Kissel, Debtor
60 West Wildflower Lane
White Plains, KY 42464